COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Court of Appeals Number:   01-21-00546-CV

Style:                                    Fuel 2 Go, LLC, and   D&R USA Enterprises, Inc., v. Mesa Fortune, Inc., d/b/a Mesa Food Mart Inc. &  SCF RC Funding IV LLC

Trial Court Case Number:    2021-51843

Trial Court:                       270th District Court of Harris County

Type of Motion:                Objection to Mediation

Party Filing Motion:          Appellee Mesa Fortune Inc., d/b/a Mesa Food Mart Inc.

        Appellee Mesa Fortune Inc., d/b/a Mesa Food Mart Inc. has objected to mediation. The Court's mediation order dated July 20, 2022  is withdrawn.


Judge's signature: /s/ Richard Hightower
                            Acting individually

Date:  August 1, 2022


---

\*        Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:    Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).